831

TRUSTEES OF COLUMBIA UNIVERSITY IN CITY OF NEW YORK, Plaintiff, v. MILTON AXENFELD and Others, Conducting Business under the Name and Style of the COLUMBIA EDUCATIONAL INSTITUTE, Defendants.

Supreme Court, New York County, March 8, 1930.

*John Godfrey Saxe,* for the plaintiff.

*Milton Axenfeld* and *David G. Stember,* for the defendants.

TOWNLEY, J. Motion for temporary injunction is granted. The conclusion is irresistible that defendants in adopting the name " Columbia Educational Institute " did so with the deliberate design of conveying to the public the impression that they were identical or associated with the plaintiff. The right of plaintiff to its name " Columbia University " was expressly conferred by the Legislature in 1784 and has been in constant use since that time. It has built up a great name and standing among the educational institutions of the country, which name cannot be appropriated by the device resorted to by the defendants. Bond $250. Settle order on notice.